AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 14, 2016

SEAN F. McAVOY, CLERK

JOLEEN OLSON

)
)

*Plaintiff*

)
)

v.

)

Civil Action No.   1:15-CV-03152-JTR

CAROLYN W. COLVIN,
Commissioner of Social Security

)
)
)

*Defendant*

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Defendant's Motion for Summary Judgment (ECF No. 16) is GRANTED
Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge     JOHN T. RODGERS     on motions for

Summary Judgment, (ECF Nos. 12 and 16)

Date:  September 14, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Melissa Orosco

*(By) Deputy Clerk*

Melissa Orosco